IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIMOMBI NSHOM<br>231 N. Thomas Street<br>Arlington, VA 22203<br><br>PLAINTIFF,<br><br>v.<br><br>ALLSTATE CORPORATION<br>2775 Sanders Road Suite F7<br>Northbrook, IL 60062<br><br>AND<br><br>LAUGHLIN & ASSOCIATES<br>ALLSTATE AGENCY<br>4545 42nd Street NW Suite 203<br>Washington, DC 20016<br><br>AND<br><br>JOHN REED LAUGHLIN<br>4545 42nd Street NW Suite 203<br>Washington, DC 20016<br><br>DEFENDANTS. | *<br>*<br>*<br>*<br>*<br>*<br>*   Case No.: 1: 16-cv-00513<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

*********************************************************************

### CORRECTED NOTICE OF REMOVAL

Defendants, Laughlin & Associates Allstate Agency and John Reed Laughlin, by and through their undersigned counsel and pursuant to the Federal Rule of Civil Procedure and 28 U.S.C. §§ 1441 and 1446, hereby submit this Corrected Notice of Removal and in support thereof state as follows:

1. Plaintiff Vimombi Nshom commenced a civil action against the Defendants in the Superior Court of the District of Columbia, civil case number 2016 CA 822 B.

2. A copy of the Complaint was served upon Defendants on February 26, 2016.

3. Pursuant to 28 U.S.C. § 1446(b), the time for filing of this Corrected Notice of Removal has not yet expired.

4. Pursuant to 28 U.S.C. § 1446(a), a copy of the pleadings and papers received by the Defendants are attached as Exhibit 2 to Defendants' Errata Regarding Notice of Removal.

5. This Court has original jurisdiction under 28 U.S.C. § 1331 over this action because it is a civil action arising under the laws of the United States. Specifically, the action and claims arise under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, as well as state law.

6. This action may be removed to this Court by the Defendants under 28 U.S.C. § 1441.

7. Pursuant to the requirements of 28 U.S.C. § 1446(b)(2)(A), all Defendants consent to the removal of this action.

8. Pursuant to the requirements of 28 U.S.C. § 1446(d), counsel for the Defendants promptly after the filing of this Notice of Removal, give written notice to all adverse parties and shall file a copy of this Notice with the Clerk of the Superior Court for the District of Columbia.

WHEREFORE, for the foregoing reasons, all of the Defendants in the above-captioned action request that this action now pending in the Superior Court for the District of Columbia be removed to the United States District Court for the District of Columbia.

Respectfully submitted,

/s/ Michael K. Amster
Michael K. Amster
Bar Number: 1001110
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave. Suite 400
Silver Spring, MD 20815
Telephone: 301-587-9373
Fax: 240-839-9142
mamster@zagfirm.com

*Counsel for Defendants, Laughlin & Associates Allstate Agency, and John Reed Laughlin*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIMOMBI NSHOM | \* |
| PLAINTIFF, | \* |
| v. | \* Case No.: |
| ALLSTATE CORPORATION, ET. AL. | \* |
| DEFENDANTS. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF CONSENT**

Defendant Allstate Corporation consents to the removal of this pending case from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

_____
Robert G. Lian, Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 887-4000
Fax: (202) 887-4288
blian@akingump.com

Attorney for Defendant Allstate Corporation

Dated: March 17, 2016.