**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Vimombi Nshom, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Allstate Corporation et al, )<br>Defendant. ) | Civil Action No. 16-cv-00513 |

**STIPULATION OF DISMISSAL**

Defendant having entered into a Settlement Agreement with the Plaintiff Vimombi Nshom, the parties stipulate to dismiss with prejudice, the above-captioned action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.

Respectfully Submitted,

/s/ Arinderjit Dhali
*Attorney for Plaintiff Vimombi Nshom*
1828 L. Street. NW. Suite 600
Washington D.C 20036
(T) 202-5561285
Email: ajdhali@dhalilaw.com

/s/ Michael Amster
Zipin, Amster & Greenberg LLC
8757 Georgia Ave.
Silver Spring, MD 20815
T: 301-587-9373
Email:mamster@zagfirm.com

**Certificate of Service**

A copy of the foregoing was filed via ECF on 2/1/2017 with notice sent to Michael Amster

/s/ A.J Dhali